
# HERMAN LAW

Stuart S. Mermelstein, Esq.
Tel 305-931-2200
Fax 305-931-0877
smermelstein@hermanlaw.com

3351 NW Boca Raton Boulevard
Boca Raton, FL 33431
www.hermanlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/31/13

January 30, 2013

**RECEIVED**
JAN 30 2013
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

**VIA FACSIMILE TO: (212) 805-7912**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Cecil Singleton v. Kevin Clash*, Case No. 12 CV 8465 (JGK)
*D.O. v. Kevin Clash*, Case No. 12 CV 8578 (JGK)

Dear Judge Koeltl:

This court has scheduled a conference in the above-referenced actions for Thursday, February 7, 2013 at 4:30 p.m. My firm represents Plaintiffs in these actions as their primary counsel, and has affiliated with David Azrin, Esq. of Gallet Dreyer & Berkey LLP, as local counsel. Our offices are located in the Miami, Florida area and it is inconvenient and a hardship for me to attend the scheduled court conference in person. Accordingly, I respectfully request that I be allowed to attend the upcoming conference by telephone. I have conferred with opposing counsel and he has no objection to my appearance by telephone.

Thank you for your attention to this request.

Respectfully submitted,

Stuart S. Mermelstein

SSM/lr
cc: David Azrin, Esq.
    Michael Berger, Esq.

**APPLICATION GRANTED
SO ORDERED**

John G. Koeltl, U.S.D.J.

1/30/13