UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CECIL SINGLETON,

                        Plaintiff,

    -against-

KEVIN CLASH,

                        Defendant.
------------------------------------------------------------x

No. 12 Civ. 8465 (JGK)

STIPULATION AND ORDER
EXTENDING TIME
TO RESPOND TO
THE COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel to the respective parties in the above-captioned action, that (1) the parties shall jointly request that the Court reassign S.M. v. Clash, No. 12 CV 8948 (RJS), to Judge Koeltl; (2) Defendant shall deliver the pre-motion letter required by the Court's Individual Practices to Plaintiff's counsel by e-mail by or before January 31, 2013; (3) Plaintiff shall respond to Defendant's pre-motion letter by 2:00 p.m. on February 6, 2013; (4) counsel for the parties will, on or before February 7, 2013, meet and confer if required; (5) Defendant shall not be required to answer, move against, or otherwise respond to the Summons and Complaint in the action until he has either been denied permission to move against the Complaint, or has moved against the Complaint and his motion has been denied, and in either such case, he shall have twenty (20) days after receiving written notice of such denial; (6) this stipulation may be signed in counterparts, all of which together shall constitute one and the same document; and (7) copies, facsimiles or PDF versions of this stipulation shall suffice, and have the same force and effect, as a manually signed original.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/4/13

Dated: January 31, 2013
        New York, New York

| | |
|---|---|
| HERMAN, MERMELSTEIN<br>& HOROWITZ, P.A.<br>Stuart S. Mermelstein, Esq.<br>smermelstein@hermanlaw.com<br>Jeff Herman, Esq.<br>jherman@hermanlaw.com<br>Adam D. Horowitz, Esq.<br>ahorowitz@hermanlaw.com<br>18205 Biscayne Boulevard, Suite 2218<br>Miami, Florida 33160<br>(305) 931-2200 | LAW OFFICES OF<br>MICHAEL G. BERGER<br>By: _____<br>Michael G. Berger<br><br>250 Park Avenue<br>Twentieth Floor<br>New York, New York 10177<br>(212) 983-6000<br>mgberger@mgberger.com |

and                                              *Attorneys for Defendant*

GALLET DREYER & BERKEY LLP

By: _____
        David T. Azrin, Esq.

845 Third Avenue – 8th Floor
New York, New York 10022
(212) 935-3131

*Attorneys for Plaintiff*

SO ORDERED.

_____
JOHN G. KOELTL
United States District Judge

2/4/13.

Dated: January __, 2013
        New York, New York

Z:\Clash\Elmo\Singleton\Stipulation re Time to Answer.v4.docx